UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:23-cr-00064-KKM-SPF

JOHN FOLEY

_____/

**ORDER DIRECTING PSYCHOLOGICAL EVALUATION**

Before the Court is Defendant's Motion Raising Competency (Doc. 40). Counsel represents that "[s]ince his change of plea hearing, [Defendant]'s health and his cognitive abilities have rapidly declined to the point that his competency to stand trial is doubtful" (*Id.* at 2). Counsel further represents that defense expert, Dr. Amy Gambow, evaluated Defendant on January 30, 2024 (*Id.*). According to counsel, Dr. Gambow opines that Defendant is incompetent to proceed to trial and that he is likely unrestorable given his cognitive decline (*Id.*). Based on counsel's representations, including those regarding Dr. Gambow's preliminary findings, the Court finds there are reasonable grounds to believe Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial. Accordingly, Defendant's Motion Raising Competency (Doc. 40) is **GRANTED**.

The Court hereby appoints Dr. Valerie R. McClain, Psy.D. to conduct an independent psychological examination of Defendant. Counsel for Defendant shall collect all available mental health records for Defendant and promptly provide them to Dr. McClain for use during Defendant's evaluation. Dr. McClain shall complete the

examination and file a report with this Court, with copies provided to the counsel for Defendant and to the attorney for the Government, within thirty (30) days. *See* 18 U.S.C. 4247(c). Dr. McClain should indicate whether neurological testing is needed to determine Defendant's competency. The report shall also include:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering his mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against his or to assist properly in his defense.

*Id.* Upon receipt of the report, the Court will schedule a hearing on the matter. 18 U.S.C. § 4241. The United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, shall be billed directly for all services rendered in accordance with this Order.

**ORDERED** in Tampa, Florida, on February 2, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney
Attorney for Defendant
Dr. Valerie McClain, Psy.D.